UNITED STATES of America, Plaintiff—Appellee,

v.

Gilberto ARTEAGA–BONILLA, Defendant—Appellant.

No. 02–10201.

D.C. No. CR–01–00352–KJD.

United States Court of Appeals, Ninth Circuit.

Submitted May 12, 2003.*

Decided May 19, 2003.

Before PREGERSON, REINHARDT, and GRABER, Circuit Judges.

MEMORANDUM**

Gilberto Arteaga–Bonilla appeals the sentence imposed following his guilty plea to unlawful reentry of a deported alien in violation of 8 U.S.C. § 1326. Arteaga–Bonilla contends that in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court erred by enhancing his sentence under 8 U.S.C. § 1326(b)(2) based on prior aggravated felonies that were neither charged in the indictment nor admitted by Arteaga–Bonilla. Preserving the issue for post-conviction review, Arteaga–Bonilla acknowledges that his contention is foreclos-

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

ed by *United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir.2000).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.